The Honorable Barbara J. Rothstein

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

10

11

12

13

14

15

16

| | |
|---|---|
| WELLINGTON ATHLETIC CLUB, LLC d/b/a/ SOUL FITNESS, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>    v.<br><br>ALLID WORLD SURPLUS LINES INSURANCE COMPANY,<br><br>                                    Defendant. | No. 2:21-cv-00256-BJR<br><br>STIPULATION AND ORDER EXTENDING DEADLINES |

17   WHEREAS,

18   1.      Plaintiff filed its Complaint on March 1, 2021, asserting claims for business

19 interruption coverage stemming from government closure orders issued in response to the

20 COVID-19 pandemic.

21   2.      Together with its Complaint, Plaintiff filed a Notice of Related Cases, Dkt. #2,

22 indicating that numerous other similar actions are pending in this District before this Court (the

23 "Related Actions").

24   3.      Briefing on motions to dismiss, motions for judgment on the pleadings, and/or

25 summary judgment are, or soon will be, completed in the Related Actions.

26

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

4.      Plaintiff has also filed in the Related Actions a Motion to Certify Questions to the Washington State Supreme Court.  Briefing on the Motion to Certify Questions is scheduled to conclude by April 8, 2021.

5.      Defendant was served with the Summons and Complaint via the Washington Office of the Insurance Commissioner on March 4, 2021.

6.      By Order dated March 12, 2021, this Court set deadlines for an FRCP 26(f) Conference by April 9, 2021, Initial Disclosures by April 16, 2021, and a Combined Joint Status Report and Discovery Plan by April 23, 2021. *See* Dkt. # 8.

7.      Defendant filed its notice of appearance in the action on March 25, 2021.

8.      The Court's rulings in the Related Actions may influence how Defendant chooses to respond to Plaintiff's Complaint, whether by motion or answer.

NOW THEREFORE, in consideration of the above, the Parties hereby stipulate and ask the Court to enter an order, as follows:

1.      Defendant's deadline to answer or otherwise respond to the Complaint is extended until April 30, 2021.

2.      The following deadlines are extended: deadline for FRCP 26(f) Conference - May 14, 2021; Initial Disclosures - May 21, 2021; Combined Joint Status Report and Discovery Plan – May 28, 2021.

IT IS SO ORDERED.

DATED this 29th day of March, 2021.


_____
Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE


STIPULATION AND ORDER EXTENDING DEADLINES
(2:21-cv-00256-BJR)- 2

Presented By:


DATED this 26th day of March, 2021.

KELLER ROHRBACK L.L.P.

By: *s/ Amy Williams-Derry*
By: *s/ Lynn L. Sarko*
By: *s/ Ian S. Birk*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/Nathan L. Nanfelt*
By: *s/ Gabriel E. Verdugo*
    Amy Williams-Derry, WSBA #28711
    Lynn L. Sarko, WSBA #16569
    Ian S. Birk, WSBA #31431
    Gretchen Freeman Cappio, WSBA #29576
    Irene M. Hecht, WSBA #11063
    Nathan Nanfelt, WSBA #45273
    Gabriel E. Verdugo, WSBA #44154
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Fax: (206) 623-3384
    Email: awilliams-derry@kellerrohrback.com
    Email: lsarko@kellerrohrback.com
    Email: ibirk@kellerrohrback.com
    Email: gcappio@kellerrohrback.com
    Email: ihecht@kellerrohrback.com
    Email: nnanfelt@kellerrohrback.com
    Email: gverdugo@kellerrohrback.com


By: *s/ Alison Chase*
    Alison Chase, *pro hac vice forthcoming*
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    Telephone: (805) 456-1496
    Fax: (805) 456-1497
    Email: achase@kellerrohrback.com

    ***Attorneys for Plaintiff and the Proposed Class***

STIPULATION AND ORDER EXTENDING DEADLINES
(2:21-cv-00256-BJR)- 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

GORDON THOMAS HONEYWELL LLP

By: *s/ Michael E. Rickets*
By: *s/ Bradley B. Jones*
    Michael E. Rickkets, WSBA # 9387
    Bradley B. Jones, WSBA # 17197
    520 Pike Street, Suite 2350
    Seattle, WA 98101
    Telephone: (206) 676-7500
    Fax: (206) 676-7575
    Email: mricketts@gth-law.com
    Email: bjones@gth-law.com

***Attorneys for Defendant Allied World Surplus Lines Insurance Company***

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384