THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WELLINGTON ATHLETIC CLUB, LLC d/b/a/ SOUL FITNESS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY,<br><br>Defendant. | NO. 2:21-cv-00256 BJR<br><br>STIPULATION AND ORDER EXTENDING DEADLINES |

WHEREAS,

1. Plaintiff filed its Complaint on March 1, 2021, asserting claims for business interruption coverage stemming from government closure orders issued in response to the COVID-19 pandemic.

2. Together with its Complaint, Plaintiff filed a Notice of Related Cases, Dkt. #2, indicating that numerous other similar actions were pending in this District before this Court (the "Related Actions").

3. Defendant was served with the Summons and Complaint via the Washington Office of the Insurance Commissioner on March 4, 2021.

STIPULATION AND ORDER EXTENDING DEADLINES - 1 of 4 (2:21-cv-00256 BJR)
[4816-0370-6855]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

4. By Order dated March 12, 2021, this Court set deadlines for an FRCP 26(f) Conference, Initial Disclosures, and a Combined Joint Status Report and Discovery Plan. *See* Dkt. # 8.

5. Defendant filed its notice of appearance in the action on March 25, 2021.

6. At the parties' request, on March 29, 2021, the Court entered a Stipulation and Order Extending Deadlines for: 1) Defendant to answer or file a motion; 2) a FRCP 26(f) conference; 3) Initial Disclosures; and 4) a Combined Joint Status Report and Discovery Plan. *See* Dkt. #18.

7. On May 28, 2021, this Court issued an Order Granting Motions to Dismiss in the Related Actions.

8. On June 18, 2021, Defendant Allied World Surplus Lines Insurance filed a Motion to Dismiss this action.

9. The parties believe that, until such time as this Court rules on Defendant's pending Motion to Dismiss ("Order on Motion to Dismiss"), which will affect whether certain procedures will subsequently be necessary, it is in the interest of judicial economy and efficiency and preserving their clients' resources to adjourn the FRCP 26(f) conference, Initial Disclosures, and a Combined Joint Status Report and Discovery Plan.

**NOW THEREFORE**, in consideration of the above, the Parties hereby stipulate and ask the Court to enter an order, as follows:

The following deadlines are extended to commence running upon the Court's issuance of its Order on Motion to Dismiss: deadline for FRCP 26(f) Conference 21 (twenty-one) days thereafter; Initial Disclosures 30 (thirty) days thereafter; and Combined Joint Status Report and Discovery Plan 45 (forty-five) days thereafter.

STIPULATION AND ORDER EXTENDING DEADLINES - 2 of 4 (2:21-cv-00256 BJR)
[4816-0370-6855]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

**IT IS SO ORDERED.**

DATED this 28th day of June, 2021.

*Barbara J. Rothstein*
_____
Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

Presented By:

DATED this 28th day of June, 2021.

KELLER ROHRBACK L.L.P.

By: s/ Amy Williams-Derry
By: s/ Lynn L. Sarko
By: s/ Ian S. Birk
By: s/ Gretchen Freeman Cappio
By: s/ Irene M. Hecht
By: s/Nathan L. Nanfelt
By: s/ Gabriel E. Verdugo
    Amy Williams-Derry, WSBA #28711
    Lynn L. Sarko, WSBA #16569
    Ian S. Birk, WSBA #31431
    Gretchen Freeman Cappio, WSBA #29576
    Irene M. Hecht, WSBA #11063
    Nathan Nanfelt, WSBA #45273
    Gabriel E. Verdugo, WSBA #44154
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Fax: (206) 623-3384
    Email: awilliams-derry@kellerrohrback.com
    Email: lsarko@kellerrohrback.com
    Email: ibirk@kellerrohrback.com
    Email: gcappio@kellerrohrback.com
    Email: ihecht@kellerrohrback.com
    Email: nnanfelt@kellerrohrback.com
    Email: gverdugo@kellerrohrback.com

STIPULATION AND ORDER EXTENDING DEADLINES - 3 of 4 (2:21-cv-00256 BJR)
[4816-0370-6855]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

    By: s/ *Alison Chase*
        Alison Chase, *pro hac vice forthcoming*
        801 Garden Street, Suite 301
        Santa Barbara, CA 93101
        Telephone: (805) 456-1496
        Fax: (805) 456-1497
        Email: achase@kellerrohrback.com

*Attorneys for Plaintiff and the Proposed Class*

GORDON THOMAS HONEYWELL LLP

    By: s/ *Michael E. Ricketts*
    By: s/ *Bradley B. Jones*
        Michael E. Ricketts, WSBA # 9387
        Bradley B. Jones, WSBA # 17197
        520 Pike Street, Suite 2350
        Seattle, WA 98101
        Telephone: (206) 676-7500
        Fax: (206) 676-7575
        Email: mricketts@gth-law.com
        Email: bjones@gth-law.com

*Attorneys for Defendant Allied World Surplus Lines Insurance Company*

MOUND COTTON WOLLAN & GREENGRASS LLP

    By: s/ *Robert S. Goodman*
    By: s/ *Costantino P. Suriano*
        Robert S. Goodman, *pro hac vice*
        Costantino P. Suriano, *pro hac vice*
        One New York Plaza
        New York, NY 10004
        Telephone: (212) 804-4251
        Telephone: (212) 804-4235
        Email: rgoodman@moundcotton.com
        Email: csuriano@moundcotton.com

*Attorneys for Defendant Allied World Surplus Lines Insurance Company*

STIPULATION AND ORDER EXTENDING DEADLINES - 4 of 4 (2:21-cv-00256 BJR)
[4816-0370-6855]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575