# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

WELLINGTON ATHLETIC CLUB, LLC,

                 Plaintiff,

    vs.

ALLIED WORLD SURPLUS LINES
INSURANCE COMPANY,

                 Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NO. 21-cv-256-BJR

\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    By Order of the Court, Defendant's Motion to Dismiss, Dkt. No. 19, is GRANTED.  This matter is DISMISSED with Prejudice.

    DATED this 22nd day of September 2021.

RAVI SUBRAMANIAN
Clerk of Court

s/Grant Cosgwell
Clerk of Court