|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 27 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

WELLINGTON ATHLETIC CLUB, LLC, DBA Soul Fitness,

        Plaintiff-Appellant,

 v.

ALLIED WORLD SURPLUS LINES INSURANCE COMPANY,

        Defendant-Appellee.

No.   21-35884

D.C. No. 2:21-cv-00256-BJR
Western District of Washington, Seattle

ORDER

The parties' stipulated motion (Docket Entry No. 45) for voluntary dismissal is granted. This appeal is dismissed with prejudice. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court acts as the mandate of this court.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT


        By: Linda K. King
        Deputy Clerk
        Ninth Circuit Rule 27-7

LK/Pro Mo